ACCEPTED
12-14-00263-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/3/2015 2:49:57 PM
CATHY LUSK
CLERK

COURT OF APPEALS NO. 12-14-00263-CR
TRIAL COURT CAUSE NO. C-20,818

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
8/3/2015 2:49:57 PM
CATHY S. LUSK
Clerk

| | | |
|---|---|---|
| JEFFREY ARLEN QUINN, **APPELLANT** | )( | IN THE 12TH COURT |
| VS. | )( | OF APPEALS |
| THE STATE OF TEXAS, **APPELLEE** | )( | TYLER, TEXAS |

## MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

**TO THE HONORABLE JUDGES OF SAID COURT:**

COMES NOW, the APPELLEE State of Texas, by and through her Assistant District Attorney, Mark W. Hall, and files this Motion for Extension of Time to File Appellee's Brief and in support of the same would show the following:

1. This case is on appeal from the 3rd Judicial District Court of Henderson County, Texas.

2. The style and number of the case in the Trial Court is *The State of Texas vs. Jeffrey Arlen Quinn,* Cause Number C-20,818.

3. The Appellant was found guilty to the offense of Evading Arrest with a Motor Vehicle, with Enhancements which were found true, in addition to an affirmative finding that a deadly weapon was used. Appellant elected to have the jury assess punishment, and on June 19, 2014, the jury sentenced Appellant to seventeen (17) years in TDCJ-Institutional provision, and he appealed.

4. Appellee's brief was due on July15, 2015, and Appellee has requested one prior extension to file his brief.

5. Appellee requests an additional extension of time for the following reasons:

a. Since filing for the first extension, Counsel has had two separate jury trials in the 392nd Judicial District Court both of which are styled In the Interest of Dwight Durrett, a Child, Cause No. 2014B-0084.

b. In addition, undersigned counsel is responsible for the daily docket work of the 3rd Judicial District Court, in Henderson County, Texas, and has also been handling a case in Anderson County in the capacity of D.A. Pro tem.

c. Counsel has completed the majority of the preparation and research on his brief and needs some additional time to finish and file.

6. Based on the aforesaid, counsel for Appellee requests additional time to complete the Appellee's reply brief.

7. The undersigned is not seeking this extension for the purposes of delay.

WHEREFORE, Appellee requests that the Court grant this Motion and extend the deadline for filing Appellee's brief for approximately 11 days from this date to August 14, 2015.

Respectfully,

Mark W. Hall
Assistant District Attorney
109 W. Corsicana
Athens, Texas 75751
Bar. No. 00798337
Phone: 903-675-6100
Fax: 903-675-6196

## CERTIFICATE OF SERVICE

I, Mark W. Hall, do certify that a true and correct copy of the foregoing Motion was delivered to Defendant's Attorney, Mr. John Youngblood on this the 3rd day of August 2015, via email transmission.

Signed this the 3rd day of June, 2015.

Mark W. Hall
_____
Mark W. Hall

STATE OF TEXAS       *

COUNTY OF HENDERSON       *

## AFFIDAVIT

Before me, the undersigned notary, on this day, personally appeared Mark W. Hall, a person whose identity is known to me. After I administered an oath to him, upon his oath, he said:

"My name is Mark W. Hall. I am capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true.

I am the attorney for the State of Texas in Jeffrey Arlen Quinn vs. The State of Texas in Court of Appeals Cause No. 12-14-00263-CR. I have read the foregoing Motion to Extend Time to File Appellee's Brief and it is true and correct."

Mark W. Hall
_____
Mark W. Hall

Subscribed and sworn to before me this ___3rd___ day of August, 2015

DEANNA BROWNING
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Expires 06-11-2019

_____
Notary Public-State of Texas